WILLIAM D. NEUBERG, Doing Business under the Name of WILLIAM D. NEUBERG COMPANY, Respondent, v. AVERY F. PAYNE Co., INC., Appellant. AVERY F. PAYNE Co., INC., Appellant, v. MUNDEX TRADING CORPORATION, Respondent.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.